[No. 65924-3-I.   Division One.   October 24, 2011.]

SAFECO INSURANCE COMPANY OF ILLINOIS, *Appellant*, v. COUNTRY MUTUAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-42035-1, Regina S. Cahan, J., entered July 30, 2010. *Reversed* and *remanded* by unpublished opinion per Spearman, J., concurred in by Appelwick and Lau, JJ. Now published at 165 Wn. App. 1.

[No. 65967-7-I.   Division One.   October 24, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CRAIG LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-04113-6, Michael Heavey, J., entered August 16, 2010. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 66019-5-I.   Division One.   October 24, 2011.]

WASHINGTON FEDERAL SAVINGS AND LOAN ASSOCIATION, *Respondent*, v. DALE E. ALSAGER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-40263-1, Brian D. Gain, J., entered August 30, 2010. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Spearman, JJ. Now published at 165 Wn. App. 10.

[No. 66100-1-I.   Division One.   October 24, 2011.]

UWEM USORO ET AL., *Appellants*, v. CHARLES HELM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-45129-0, William L. Downing, J., entered September 16, 2010. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Ellington, JJ.